# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ALLEN AIKENS,

       *Plaintiff,*

v.

COLLIER, et al.,

       *Defendants.*

_____/

Case No. 2:25-cv-13508

Matthew F. Leitman
United States District Judge

Patricia T. Morris
United States Magistrate Judge

## ORDER DENYING PLAINTIFF'S MOTION
## FOR DOWNLOADING OF QR CODE (ECF No. 64)

This is a prisoner civil rights action brought *pro se* by an incarcerated individual.  Before the Court is Plaintiff's second Motion for Downloading of QR Code.  (ECF No. 64).  Plaintiff previously filed a substantively similar motion (ECF No. 56), which the Court denied (ECF No. 57).  The Court will also deny the instant motion.

In the prior Order, the Court explained that it does not utilize the TextBehind system for outgoing correspondence because MDOC policy does not require courts to do so.  The Court further explained that routine docket materials do not constitute confidential legal mail requiring special handling.  While the Court is sympathetic to Plaintiff's concerns regarding the handling of his mail, these concerns would be better directed at MDOC.

The Court is abiding by MDOC policy and any errors in mail processing under said policy are matters of prison of administration.  Mail policies, like other "[d]ecisions concerning prison security are vested in prison officials, in the absence of a constitutional violation.  Any interference by the federal courts in the administration of state prisons is necessarily disruptive." *Theriot v. Woods*, No. 2:18-CV-92, 2019 WL 409507, at *11 (W.D. Mich. Feb. 1, 2019).  Because the constitutionality of MDOC's new mail policy is not an issue raised in Plaintiff's complaint, the Court cannot interfere with the policy.

In sum, Plaintiff's motion will be denied because he has not identified any new facts or legal authority that would warrant reconsideration of the Court's prior ruling.  Accordingly, Plaintiff's Motion for Downloading of QR Code (ECF No. 64) is **DENIED**.

      **IT IS SO ORDERED.**

Date: May 6, 2026            S/PATRICIA T. MORRIS
                                          Patricia T. Morris
                                          United States Magistrate Judge