UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLEN AIKENS,

Plaintiff,

v.

Case No. 25-cv-13508
Hon. Matthew F. Leitman

COLLIER, *et al.*,

Defendants.

______________________________________________________________/

**ORDER (1) ADOPTING RECOMMENDED DISPOSITION OF THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF No. 83) AND (2) DENYING PLAINTIFF'S MOTIONS FOR PERMANENT INJUNCTION (ECF No. 3) AND FOR AN EXPEDITED INJUNCTION HEARING (ECF No. 59)**

Plaintiff Allen Aikens is a prisoner at the Muskegon Correctional Facility in Muskegon, Michigan. On November 4, 2025, Aikens, proceeding *pro se*, filed this civil-rights action pursuant to 42 U.S.C. § 1983 against a large number of Michigan Department of Corrections employees and several additional unnamed and John Doe Defendants. (*See* Compl., ECF No. 1.) Now before the Court are two motions that Aikens has filed: (1) a motion for permanent injunction (ECF No. 3) and a motion for an expedited hearing on that motion (ECF No. 59). On July 7, 2026, the assigned Magistrate Judge issued a Report and Recommendation in which she recommended that the Court deny both motions (the "R&R"). (*See* R&R, ECF No. 83.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted

to seek review of her recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.*, PageID.692-693.)

Aikens has not filed any objections to the R&R. Nor has he contacted the Court to ask for additional time to file objections. The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985). *See also Ivey v. Wilson*, 832 F.2d 950, 957 (6th Cir. 1987) (explaining that where party fails to file "timely objections" to report and recommendation, court may accept that recommendation "[w]ithout expressing any view on the merits of the magistrate's conclusions"). Likewise, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health & Hum. Servs.*, 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Tchrs. Loc. 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because Aikens has not filed any objections to the R&R, **IT IS HEREBY ORDERED** that the disposition recommended by the Magistrate Judge in the R&R is **ADOPTED**. Aikens' motions for a permanent injunction (ECF No. 3) and for an expedited hearing (ECF No. 59) are **DENIED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 6, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 6, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126